**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Illinois**

Case number (*If known*): ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | JDLB inc dba Chavas | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-1859205 | |
| 4. | **Debtor's address** | **Principal place of business**<br>712 Chapman<br>Number Street<br>Edwardsville IL 62025<br>City State Zip Code<br>MADISON<br>County | **Mailing address, if different from principal place of business**<br>712 Chapman<br>Number Street<br>Edwardsville IL 62025<br>City State Zip Code<br>**Location of principal assets, if different from principal place of business**<br>Number Street<br>City State Zip Code |
| 5. | **Debtor's website (URL)** | | |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas**
Name

Case number *(if known)* ______

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: ______

**7. Describe debtor's business:**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

______

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)* ____________
Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District ____________ When ____________ (MM/DD/YYYY) Case number ____________
District ____________ When ____________ (MM/DD/YYYY) Case number ____________

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor ____________ Relationship ____________
District ____________ When ____________ (MM/DD/YYYY)
Case number, if known ____________

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number Street

____________
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____________
Contact name ____________
Phone ____________


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)* ____________
Name

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/2/2026**
MM / DD / YYYY

✘ **/s/ Lisa Ybarra**
Signature of authorized representative of debtor

**Lisa Ybarra**
Printed name

Title **Owner**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas**
Name

Case number *(if known)*

**18. Signature of attorney**

✕ **/s/ Nathan Wallace**
Signature of attorney for debtor

Date **10/2/2026**
MM / DD / YYYY

**Nathan R Wallace**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 South Central Ave., Ste. 1800**
Number Street

**Saint Louis** **MO** **63105**
City State ZIP Code

**(314) 854-8600**
Contact Phone

**nrw@carmodymacdonald.com**
Email address

**74890**
Bar number

**Missouri**
State


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify the case and this filing:**

Debtor Name **JDLB inc dba Chavas**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number *(If known)*: __________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* __________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/2/2026**
MM/DD/YYYY

✘ **/s/ Lisa Ybarra**
Signature of individual signing on behalf of debtor

**Lisa Ybarra**
Printed name

**Owner**
Position or relationship to debtor


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor Name JDLB inc dba Chavas

United States Bankruptcy Court for the: Southern District of Illinois

Case number (If known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Discover<br>PO Box 30943<br>Salt Lake City, UT 84130 | Discover<br>(800) 347-7268 | Credit Card | | | | $20,370.00 |
| 2 | Ollo<br>P.O. Box 9201<br>Old Bethpage, NY 11804 | Ollo<br>(833) 845-5220 | Credit Card | | | | $6,000.00 |
| 3 | Illinois Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | Illinois Department of Revenue<br>() - | Sales Tax | | | | $5,643.00 |
| 4 | Erie Insurance<br>via Redmon Insurance Agency LLC<br>405 Saint Louis Road<br>Collinsville, IL 62234 | Erie Insurance<br>(618) 344-4038 | Vendor | | | | $2,382.00 |
| 5 | Clean Uniforms<br>1316 S 7th Street<br>Saint Louis, MO 63104 | Clean Uniforms<br>() - | Vendor | | | | $978.00 |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)*
Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **6** | **Koerner Distributing**<br>**1601 Pike Ave.**<br>**Effingham, IL 62401** | **Koerner Distributing**<br>**() -** | **Vendor** | | | | **$660.00** |


Copyright © Financial Software Solutions, LLC BlueStylus

# United States Bankruptcy Court

## Southern District of Illinois

| | | | |
|---|---|---|---|
| In re | **JDLB inc dba Chavas** | Case No. | |
| | Debtor(s) | Chapter | **11** |

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

| | | |
|---|---|---|
| Date: | **10/2/2026** | **/s/ Lisa Ybarra**<br>**Lisa Ybarra**<br>Signature of Debtor |



Copyright © Financial Software Solutions, LLC

**Bertarelli Cutlery**
**1927 Marconi Ave.**
**Saint Louis, MO 63110**

**Clean Uniforms**
**1316 S 7th Street**
**Saint Louis, MO 63104**

**Discover**
**PO Box 30943**
**Salt Lake City, UT 84130**

**Erie Insurance**
**via Redmon Insurance Agency LLC**
**405 Saint Louis Road**
**Collinsville, IL 62234**

**Goose Lending**
**6919 West Broward Blvd**
**Suite 138**
**Fort Lauderdale, FL 33317**

**Headway Capital**
**175 West Jackson Blvd**
**Ste 1000**
**Chicago, IL 60604**

**Illinois Department of Revenue**
**Bankruptcy Unit**
**P.O. Box 19035**
**Springfield, IL 62794-9035**

**Illinois Department of Revenue**
**BK Unit Level 7-425**
**100 Randolph St.**
**Chicago, IL 60601**


Copyright © Financial Software Solutions, LLC

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Joe Meyer and Associates**
**141 St. Andrews Ave.**
**Edwardsville, IL 62025**

**Koerner Distributing**
**1601 Pike Ave.**
**Effingham, IL 62401**

**Newtek**
**1981 Marcus Ave**
**Suite 130**
**New Hyde Park, NY 11042**

**Ollo**
**P.O. Box 9201**
**Old Bethpage, NY 11804**

**Paul's Ice Machine Rental**
**P.O. Box 155**
**New Douglas, IL 62074**

**Performance Food Group**
**8600 Springdale Ave.**
**Saint Louis, MO 63134**

**Rapid Finance**
**4500 East West Highway**
**6th Floor**
**Bethesda, MD 20814**


Copyright © Financial Software Solutions, LLC

**Smart Merchant**
**110 West 25th Street**
**New York, NY 10001**

**United First, LLC**
**2999 North East 191st Street**
**Unit 901**
**Miami, FL 33108**

**x Capital Group Corp**
**100 Cedarhurst Ave**
**Suite 200**
**Cedarhurst, NY 11516**


Copyright © Financial Software Solutions, LLC

Copyright © Financial Software Solutions, LLC