**Fill in this information to identify the case and this filing:**

Debtor Name **JDLB inc dba Chavas**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number (*If known*): 26-30894

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/5/2026**
MM/DD/YYYY

✘ **/s/ Lisa Ybarra**
Signature of individual signing on behalf of debtor

**Lisa Ybarra**
Printed name

**Owner**
Position or relationship to debtor



Copyright © Financial Software Solutions, LLC BlueStylus

■

Debtor Name JDLB inc dba Chavas

United States Bankruptcy Court for the: Southern District of Illinois

Case number (*If known*): 26-30894

☒ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Headway Capital<br>175 West Jackson Blvd<br>Ste 1000<br>Chicago, IL 60604 | Headway Capital<br>() -<br>support@headwaycapital.com | | Contingent<br>Unliquidated<br>Disputed | | | $82,000.00 |
| 2 | United First, LLC<br>2999 North East 191st Street<br>Unit 901<br>Miami, FL 33108 | United First, LLC<br>() -<br>ar@ufcapitalexperts.com | | Contingent<br>Unliquidated<br>Disputed | | | $72,000.00 |
| 3 | Rapid Finance<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD 20814 | Rapid Finance<br>() -<br>ginnymarshall@rapidfinance.com | Loan | Contingent<br>Unliquidated<br>Disputed | | | $65,000.00 |
| 4 | Goose Lending<br>6919 West Broward Blvd<br>Suite 138<br>Fort Lauderdale, FL 33317 | Goose Lending<br>() -<br>eric@goodefunding.com | Merchant Cash Advance | Contingent<br>Unliquidated<br>Disputed | | | $34,000.00 |
| 5 | x Capital Group Corp<br>100 Cedarhurst Ave<br>Suite 200<br>Cedarhurst, NY 11516 | x Capital Group Corp<br>() -<br>kaya@xcapital.com | Merchant Cash Advance | Contingent<br>Unliquidated<br>Disputed | | | $21,000.00 |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)* 26-30894
Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | **Discover**<br>**PO Box 30943**<br>**Salt Lake City, UT 84130** | **Discover**<br>**(800) 347-7268** | **Credit Card** | | | | **$20,370.00** |
| 7 | **Smart Merchant**<br>**110 West 25th Street**<br>**New York, NY 10001** | **Smart Merchant**<br>**() -**<br>**ari@thesmartermerchant.com** | **Merchant Cash Advance** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$15,500.00** |
| 8 | **Door Dash**<br>**303 2nd Street**<br>**Suite 800**<br>**San Francisco, CA 94107** | **Door Dash**<br>**() -** | **Loan** | | | | **$9,304.60** |
| 9 | **Ollo**<br>**P.O. Box 9201**<br>**Old Bethpage, NY 11804** | **Ollo**<br>**(833) 845-5220** | **Credit Card** | | | | **$6,000.00** |
| 10 | **Sysco St. Louis, LLC**<br>**3850 Mueller Road**<br>**Saint Charles, MO 63301** | **Sysco St. Louis, LLC**<br>**(636) 940-0923**<br>**jeffrey.hatcher@sysco.com** | **Vendor** | | | | **$5,799.00** |
| 11 | **Illinois Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 19035**<br>**Springfield, IL 62794-9035** | **Illinois Department of Revenue**<br>**() -** | **Sales Tax** | | | | **$5,643.00** |
| 12 | **Erie Insurance**<br>**via Redmon Insurance Agency LLC**<br>**405 Saint Louis Road**<br>**Collinsville, IL 62234** | **Erie Insurance**<br>**(618) 344-4038** | **Vendor** | | | | **$2,382.00** |
| 13 | **Performance Food Group**<br>**8600 Springdale Ave.**<br>**Saint Louis, MO 63134** | **Performance Food Group**<br>**(314) 241-1480** | **Vendor** | | | | **$2,300.00** |
| 14 | **Clean Uniforms**<br>**1316 S 7th Street**<br>**Saint Louis, MO 63104** | **Clean Uniforms**<br>**() -** | **Vendor** | | | | **$978.00** |
| 15 | **Koerner Distributing**<br>**1601 Pike Ave.**<br>**Effingham, IL 62401** | **Koerner Distributing**<br>**() -** | **Vendor** | | | | **$660.00** |


Copyright © Financial Software Solutions, LLC BlueStylus