Debtor Name JDLB inc dba Chavas

United States Bankruptcy Court for the: Southern District of Illinois

Case number (*If known*): 26-30894

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals

12/15

### Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:**<br>Copy line 88 from *Schedule A/B* | $ 0.00 |
| 1b. **Total personal property:**<br>Copy line 91A from *Schedule A/B* | $ 9,723.00 |
| 1c. **Total of all property:**<br>Copy line 92 from *Schedule A/B* | $ 9,723.00 |

### Summarize Your Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)<br>Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D | $ 95,000.00 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 5,643.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $ 337,293.60 |
| 4. **Total liabilities**<br>Lines 2 + 3a + 3b | $ 437,936.60 |



Copyright © Financial Software Solutions, LLC BlueStylus