**Fill in this information to identify your case:**

Debtor Name **JDLB inc dba Chavas**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number (*If known*): **26-30894**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|
| **2.1** Creditor's Name: **Newtek** | $ **95,000.00** | $ **0.00** |

**Creditor's Name**
**Newtek**

**Creditor's mailing address**
**1981 Marcus Ave**
**Suite 130**
**New Hyde Park, NY 11042**

**Creditor's email address, if known**
**lrobinson@newtekone.com**

**Date debt was incurred** **04/24/2024**

**Last 4 digits of account number** **6508**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines ______

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**SBA**

**Description**
**SBA Loan**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any** $ **95,000.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)* **26-30894**
Name

## Part 2: List Others to Be Notified for a Debt That You Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|


Copyright © Financial Software Solutions, LLC BlueStylus