**Fill in this information to identify your case:**

Debtor: **JDLB inc dba Chavas**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number (*If known*): **26-30894**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | Total Claim | Priority Amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address | $ **0.00** | $ **0.00** |

**Illinois Department of Revenue**
**BK Unit Level 7-425**
**100 Randolph St.**
**Chicago, IL 60601**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _______ )

**Description**

**Notice Only**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)* **26-30894**
Name

**2.2** **Priority creditor's name and mailing address**

**Illinois Department of Revenue**

**Bankruptcy Unit**
**P.O. Box 19035**

**Springfield, IL 62794-9035**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **5,643.00** $ **5,643.00**

**Date or dates debt was incurred**

**08/2026**

**Basis for the claim:**

**Sales Tax**

**Last 4 digits of account number** ________

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_______)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Sales Tax**

---

**2.3** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia, PA 19101-7346**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00** $ **0.00**

**Date or dates debt was incurred**

________

**Basis for the claim:**

**Notice Only**

**Last 4 digits of account number** ________

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_______)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Notice Only**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas**
Name

Case number *(if known)* **26-30894**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**Clean Uniforms**
**1316 S 7th Street**
**Saint Louis, MO 63104**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **978.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number** **4053**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

**Discover**
**PO Box 30943**
**Salt Lake City, UT 84130**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **20,370.00**

**Date or dates debt was incurred** **5/1/2025**

**Basis for the claim:** **Credit Card**

**Description**
**Credit Card**

**Last 4 digits of account number** **9193**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)* **26-30894**
Name

**3.3** **Nonpriority creditor's name and mailing address**

**Door Dash**
**303 2nd Street**
**Suite 800**
**San Francisco, CA 94107**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **9,304.60**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Loan**

**Description:** **Loan**

**Last 4 digits of account number** **7141**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

**Erie Insurance**
**via Redmon Insurance Agency LLC**
**405 Saint Louis Road**
**Collinsville, IL 62234**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **2,382.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number** **3893**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**

**Goose Lending**
**6919 West Broward Blvd**
**Suite 138**
**Fort Lauderdale, FL 33317**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **34,000.00**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** **9/1/2026**

**Basis for the claim:** **Loan**

**Description:** **Merchant Cash Advance**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)* **26-30894**
Name

**3.6** **Nonpriority creditor's name and mailing address**

**Headway Capital**
**175 West Jackson Blvd**
**Ste 1000**
**Chicago, IL 60604**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ **82,000.00**

**Date or dates debt was incurred** **2/01/2025**

**Basis for the claim:** **Line of Credit**

**Description**

**Last 4 digits of account number** **5089**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**

**Koerner Distributing**
**1601 Pike Ave.**
**Effingham, IL 62401**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **660.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

**Ollo**
**P.O. Box 9201**
**Old Bethpage, NY 11804**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **6,000.00**

**Date or dates debt was incurred** **5/1/2025**

**Basis for the claim:** **Credit Card**

**Description** **Credit Card**

**Last 4 digits of account number** **1651**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)* **26-30894**
Name

**3.9** **Nonpriority creditor's name and mailing address**

**Performance Food Group**
**8600 Springdale Ave.**
**Saint Louis, MO 63134**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **2,300.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number** **8513**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

**Rapid Finance**
**4500 East West Highway**
**6th Floor**
**Bethesda, MD 20814**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ **65,000.00**

**Date or dates debt was incurred** **08/01/2025**

**Basis for the claim:** **Loan**

**Description** **Loan**

**Last 4 digits of account number** **2772**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

**Smart Merchant**
**110 West 25th Street**
**New York, NY 10001**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ **15,500.00**

**Date or dates debt was incurred** **3/17/26**

**Basis for the claim:** **MCA**

**Description** **Merchant Cash Advance**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)* **26-30894**
Name

**3.12** **Nonpriority creditor's name and mailing address**

**Sysco St. Louis, LLC**
**3850 Mueller Road**
**Saint Charles, MO 63301**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **5,799.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number** **3256**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

**United First, LLC**
**2999 North East 191st Street**
**Unit 901**
**Miami, FL 33108**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ **72,000.00**

**Date or dates debt was incurred** **3/1/2026**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** **6518**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

**x Capital Group Corp**
**100 Cedarhurst Ave**
**Suite 200**
**Cedarhurst, NY 11516**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ **21,000.00**

**Date or dates debt was incurred** **9/10/2026**

**Basis for the claim:**

**Description**
**Merchant Cash Advance**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)* **26-30894**
Name

## Part 3: List Others to Be Notified About Unsecured Claims

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ **5,643.00** |
| 5b. | **Total claims from Part 2** | 5b. + | $ **337,293.60** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **342,936.60** |


Copyright © Financial Software Solutions, LLC BlueStylus