**Fill in this information to identify your case:**

Debtor Name **JDLB inc dba Chavas**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number (*If known*): **26-30894** Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Landlord on Building. | Joe Meyer and Associates<br>141 St. Andrews Ave.<br>Edwardsville, IL 62025 |
| State the term remaining | 60 | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Ice Machine Rental | Paul's Ice Machine Rental<br>P.O. Box 155<br>New Douglas, IL 62074 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Knife Rental | Bertarelli Cutlery<br>1927 Marconi Ave.<br>Saint Louis, MO 63110 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | Vendor | Performance Food Group<br>8600 Springdale Ave.<br>Saint Louis, MO 63134 |
| State the term remaining | | |
| List the contract number of any government contract | | |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **JDLB inc dba Chavas** Case number *(if known)* **26-30894**
Name

| | | | |
|---|---|---|---|
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | **Vendor** | **Clean Uniforms**<br>**1316 S 7th Street**<br>**Saint Louis, MO 63104** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |


Copyright © Financial Software Solutions, LLC BlueStylus